*JS 6*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| JEAN TORRANCE,<br><br>　　　　Plaintiffs,<br>vs.<br><br>GENESIS HEALTHCARE INC., ROYALWOOD CARE CENTER, LLC, HEALTHCARE MAINTENANCE GROUP, INC., and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-02130-DSF-JC<br><br>**ORDER REMANDING ACTION** |

Based on the stipulation of the parties, and good cause appearing, the Court ORDERS that this instant action be remanded to the Superior Court of California, for the County of Los Angeles.

IT IS SO ORDERED.

Dated: September 21, 2017

_____
Dale S. Fischer
United States District Judge